IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF<br><br>GREG S. SPILKER AND LAURIE A. SPILKER,<br><br>Debtors. | **4:26CV3175**<br><br>**ORDER TO SUBMIT PROPOSED SCHEDULING ORDER** |

This bankruptcy case is before the Court on Debtors' Notice of Appeal. Filing 1. The Appellee is Heartland Bank; the U.S. Bankruptcy Court is an Interested Party; and the Trustees are Jerry L. Jensen and John D. Stalnaker. The Court intends to enter a scheduling order in this matter. Accordingly,

IT IS ORDERED the Parties shall confer and jointly file a proposed scheduling order, including briefing deadlines and any other appropriate deadlines, for the disposition of the appeal in this bankruptcy case not later than September 4, 2026.

Dated this 21st Day of August, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge