IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF<br><br>GREG S. SPILKER AND LAURIE A. SPILKER,<br><br>Debtors. | **4:26CV3175**<br><br>**SCHEDULING ORDER** |

This bankruptcy case is before the Court on the Proposed Scheduling Order prepared by attorney for Appellee Heartland Bank and approved by Appellants, Filing 11, pursuant to an Order of the Court, Filing 5. The Court has reviewed the parties' Proposed Scheduling Order and finds the proposed deadlines for the determination of this Appeal from Bankruptcy Court are appropriate. Accordingly,

IT IS ORDERED that

1. Appellants' brief on appeal shall be filed on or before September 30, 2026;
2. Appellee's brief shall be filed on or before October 15, 2026;
3. Appellants' reply brief shall be filed on or before October 31, 2026; and.
4. Dispositive motions shall be filed on or before October 31, 2026.

IT IS FURTHER ORDERED that Appellants' opposition to Appellee Heartland Bank's September 1, 2026, Motion to Dismiss, Filing 9, and any reply shall be filed in accordance with NECivR 7.1.

Dated this 8th Day of September, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge